## (October 4, 1960)

■ In the Matter of JAMES N. FAZIO et al., Appellants, v. WILLIAM D. MEISSER et al., Constituting the Board of Elections of the County of Nassau, et al., Respondents.— In a proceeding pursuant to article 78 of the Civil Practice

Act, petitioners appeal from so much of an order of the Supreme Court, Nassau County, made September 29, 1960 as denies their application, which seeks, *inter alia*, to strike the names of the candidates of the Liberal Party from the ballot at the next general election to be held November 8, 1960. Order, insofar as appealed from, affirmed, without costs. No opinion. Oral motion for leave to appeal to the Court of Appeals denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.